UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09314-ODW (FFMx) | Date | March 17, 2020 |
|---|---|---|---|
| Title | *Joseph Trupin v. Westcom Property Services, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**              **In Chambers**

In light of the parties' recent Notice of Settlement (ECF No. 18), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **May 15, 2020,** why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar. Accordingly, Defendant's Motion to Dismiss (ECF No. 14) is **DENIED** as moot. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

                                                                                      :    00
                                                    Initials of Preparer    SE